# EXHIBIT A

0000000                                                              08:55:19 a.m.   08-28-2015          2/6
                                            0001169

State Health Plan
P.O. Box 100605                                             
Columbia, SC  29260                                         South Carolina
                                                            Blue Cross Blue Shield of South Carolina
                                                            is an independent licensee of the
                                                            Blue Cross and Blue Shield Association

# EXPLANATION OF BENEFITS
### THIS IS NOT A BILL

If you have a question about your
claim, please call Customer Service at

**800-868-2520**
or locally at 803-736-1576
Monday - Friday 8:00 a.m. - 6:00 p.m.

SANDRA D GRIFFITH
P O BOX 45
NEESES SC 29107

January 27, 2014

**STATE HEALTH PLAN**  **SUMMARY INFORMATION**

| Patient's Name | Relationship to Policyholder | ID No. | Claim No. |
|---|---|---|---|
| JOEL GRIFFITH | SPOUSE | ███████ | 19007K810-00-00 |
| **TOTAL CHARGE FOR YOUR CLAIM:** 30,424.86 | **TOTAL AMOUNT WE PAID:** 20,690.00 Sent to Provider | **WHAT YOU OWE PROVIDER:** 9,734.86 The provider can bill you for this amount if you have not yet paid. | |

To date, you have satisfied  350.00  of the  350.00  deductible for the benefit period that began  01/01/2013.  This claim contributed  0.00  toward your out-of-pocket maximum. You have satisfied  2,000.00  of the  2,000.00  out-of-pocket maximum for this benefit period. We paid a total of  144,824.49  for this person this benefit period.

## DETAIL INFORMATION

| Provider | LIFENET OF SC | LIFENET OF SC | | |
|---|---|---|---|---|
| Network Participation | NO | NO | | |
| Dates of Service | 12/24/13 | 12/24/13 | | |
| Type of Service | AMBULANCE | AMBULANCE | | |
| Charge | 20,044.56 | 10,380.30 | | |
| Amount Not Covered | 5,094.56 1* | 4,640.30 1* | | |
| Covered Expenses | 14,950.00 | 5,740.00 | | |
| Deductible | 0.00 | 0.00 | | |
| Copay/Spec Deductible | 0.00 | 0.00 | | |
| Allowed Amount | 14,950.00 | 5,740.00 | | |
| Coinsurance | 0.00 | 0.00 | | |
| Amount Paid | 14,950.00 | 5,740.00 | | |

\* Please refer to the remarks section.

Suspect claims fraud?  Please help by calling our hotline at 800-763-0703.
### THANK YOU FOR ALLOWING US TO SERVE YOU!
www.SouthCarolinaBlues.com