# EXHIBIT B

`0000000                                             08:55:51 a.m.    08-28-2015              3/6

**UNITED** Resource Systems  DEPT 877  3787419915057
PO BOX 4115
CONCORD CA  94524

## United Resource Systems, Inc.
3501 S Teller Street
Lakewood, CO 80235
(800) 547-9054 - Fax (303) 205-0153

May 6, 2015

RETURN SERVICE REQUESTED

| TOTAL DUE | AMOUNT ENCLOSED |
|---|---|
| $9409.86 | $ |

Please be sure this address appears in the window. ▽

Make Checks Payable To
United Resource Systems

JOEL GRIFFITH
PO BOX 45
NEESES SC 29107-0045

United Resource Systems, Inc.
3501 S Teller Street
Lakewood, CO 80235

✍   ***PLEASE USE REVERSE SIDE TO UPDATE YOUR INFORMATION***

*** PLEASE DETACH AND RETURN TOP PORTION IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Dear: JOEL GRIFFITH:

This is a reminder that you have promised to make a payment or allow United Resource Systems, Inc. to automatically deposit your check or process your electronic transaction as agreed to under prior correspondence or conversation.

Thank you and please continue to work with us to resolve your account balance.

Creditor:            LifeNet Air Medical Services (1)
Account Number:      1305605
Current Balance:     $9409.86
Last Pay Amount:     $25.00
Last Pay Date:       02/23/2015

If you have any questions or require any additional information please do not hesitate to contact me.

Sincerely,

United Resource Systems, Inc.

This communication is from a debt collector.
This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit our On-Line Payment Center www.urspayments.com

**COLORADO RESIDENTS:**
Colorado Office: 3501 S Teller Street, Lakewood, CO 80235, Phone: (303) 205-0152

Electronic Funds Transfer (Check By Phone) Available - Call For Details
We Honor Mastercard - Visa - American Express - Discover

United Resource Systems, Inc., 3501 S Teller Street, Lakewood, CO 80235, 1-800-547-9054

UNI38-0506-596443114-00048-48

0000000                                                                                    08:56:08 a.m.    08-28-2015              4/6

**UNITED** Resource Systems  DEPT 877  5381559415033
PO BOX 4115
CONCORD CA 94524

**United Resource Systems, Inc.**
3501 S Teller Street
Lakewood, CO 80235
(800) 547-9054 - Fax (303) 205-0153

|||||||||||||||||||||||||||||||||||||||||||||

March 7, 2015

RETURN SERVICE REQUESTED

| TOTAL DUE | AMOUNT ENCLOSED |
|---|---|
| $9409.86 | $ |

Please be sure this address appears in the window. ▽

Make Checks Payable To
United Resource Systems



JOEL GRIFFITH
PO BOX 45
NEESES SC 29107-0045



United Resource Systems, Inc.
3501 S Teller Street
Lakewood, CO 80235

|||||||||||||||||||||||||||||||||||||||||||

✍ ***PLEASE USE REVERSE SIDE TO UPDATE YOUR INFORMATION***

*** PLEASE DETACH AND RETURN TOP PORTION IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Dear: JOEL GRIFFITH:

This is a reminder that you have promised to make a payment or allow United Resource Systems, Inc. to automatically deposit your check or process your electronic transaction as agreed to under prior correspondence or conversation.

Thank you and please continue to work with us to resolve your account balance.

Creditor:            LifeNet Air Medical Services (1)
Account Number:      1305605
Current Balance:     $9409.86
Last Pay Amount:     $25.00
Last Pay Date:       02/23/2015

If you have any questions or require any additional information please do not hesitate to contact me.

Sincerely,

United Resource Systems, Inc.

This communication is from a debt collector.
This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Visit our On-Line Payment Center www.urspayments.com

**COLORADO RESIDENTS:**
Colorado Office: 3501 S Teller Street, Lakewood, CO 80235, Phone: (303) 205-0152

Electronic Funds Transfer (Check By Phone) Available - Call For Details
We Honor Mastercard - Visa - American Express - Discover

United Resource Systems, Inc., 3501 S Teller Street, Lakewood, CO 80235, 1-800-547-9054

UNI38-0306-573970044-00037-37

UNI3-0    565049-00238-238

## UNITED Resource Systems
10075 W. Colfax Avenue
Lakewood, CO 80215
(800) 547-9054 - Fax (303) 205-0153

Account Number: 1305605

August 8, 2014
Creditor: LifeNet Air Medical Services (1)

**\*\*\* The Credit Reporting Agencies Have Been Notified \*\*\***

Dear JOEL GRIFFITH:

Your account has been listed with the Credit Bureaus and will be reported as derogatory information to credit grantors. We know your credit is important to you and regret having to take this step.

Please take a moment and contact us at (800) 547-9054 to discuss payment on your account. We accept Visa, MasterCard, American Express, Discover, Western Union, Money Gram and Checks by Phone.

| ACCT# | CLIENT | AMOUNT | INT | FEES | TOTAL |
|---|---|---|---|---|---|
| 1305605 | LifeNet Air Medical Services (1) | $9609.86 | $0.00 | $0.00 | $9609.86 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

Visit our On-Line Payment Center www.urspayments.com

**COLORADO RESIDENTS:**
Colorado Office: 10075 W Colfax Ave, Lakewood, CO 80215, Phone: (303) 205-0152

Electronic Funds Transfer (Check By Phone) Available - Call For Details
We Honor Mastercard - Visa - American Express - Discover

United Resource Systems, Inc., 10075 West Colfax Ave., Lakewood, CO 80215, 1-800-547-9054