IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JOEL GRIFFITH, on Behalf of Himself, and All Others Similarly Situated, | ]<br>]<br>] |
| Plaintiff, | ]<br>] |
| vs. | ]   Civil Action No.:  5:15cv3668-TLW |
| | ] |
| AIR METHODS CORPORATION and ROCKY MOUNTAIN HOLDINGS, LLC, | ]<br>] |
| | ] |
| Defendants. | ] |

## **PLAINTIFF'S NOTICE OF DISMISSAL**

PLAINTIFF, by and through his undersigned counsel, hereby files this voluntary dismissal of the above captioned matter, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as the Defendants in this matter have not yet filed a responsive pleading. This dismissal is without prejudice and is filed with consent of the Defendants.

Respectfully Submitted, this 6th day of November, 2015.

Respectfully submitted:

/s/ J. Preston Strom, Jr.
Strom Law Firm, LLC
J. Preston "Pete" Strom, Jr. (Fed Id # 4354)
Mario A. Pacella, (Fed Id. # 7538)
John R. Alphin, (Fed Id. # 9923)
2110 N. Beltline Boulevard
Columbia, South Carolina 29204
Tel:  (803) 252-4800
Fax: (803) 252-4801
petestrom@stromlaw.com
mpacella@stromlaw.com
jalphin@stromlaw.com

Richardson, Patrick,
Westbrook & Brickman, L.L.C.
Terry E. Richardson, Jr. (#3457)
E-Mail: trichardson@rpwb.com
Daniel S. Haltiwanger (#7544)
E-Mail: dhaltiwanger@rpwb.com
P. O. Box 1368
1730 Jackson Street
Barnwell, SC 29812
Telephone No.: (803) 541-7850
Fax No.: (803) 541-9625